IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GARY METOYER, D-87784,** | NO. CIV S-02-2731 GEB DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **TOM CAREY, et al.,** | |
| Respondents. | |

Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondents' July 13, 2005 request for leave to file a supplemental answer is granted;

2. Petitioner may file and serve a reply within thirty days after service of this order; and

3. The Clerk shall file the fifteen-page supplemental answer submitted as Attachment 1 to respondent's July 13, 2005 request, excluding the attachment cover page.

DATED: July 18, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
meto2731.suppans