IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY METOYER,

     Petitioner,          No. CIV S-02-2731 GEB DAD P

  vs.

TOM CAREY, et al.,

     Respondents.       <u>ORDER</u>

_____/

        On July 25, 2005, petitioner filed a request for reconsideration of the magistrate judge's order filed July 18, 2005, granting respondents' request to file a supplemental answer. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

1  Therefore, IT IS HEREBY ORDERED that, upon
2  reconsideration, the order of the magistrate judge filed July 18,
3  2005, is affirmed.
4  DATED: August 18, 2005

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge